UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE CALVIN WHITMER,                )<br>                                                         )<br>                    Petitioner,         )<br>                                                         )<br>         v.                                            )<br>                                                         )<br>JAMES A. YATES, Warden,      )<br>                                                         )<br>                    Respondent.      )<br>_____) | 1:07-CV-01769 OWW GSA HC<br><br>ORDER GRANTING PETITIONER'S<br>MOTION TO AMEND PETITION AND<br>CHANGE NAME OF RESPONDENT<br>[Doc. #9]<br><br>ORDER DIRECTING CLERK OF COURT<br>TO CHANGE NAME OF RESPONDENT |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On December 17, 2007, Petitioner filed a motion to amend the petition. Petitioner requests that James A. Yates, Warden of Pleasant Valley State Prison, be named as Respondent in this matter.

      A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir.1996); <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. <u>Brittingham v. United States</u>, 982. F.2d 378, 279 (9th Cir.1992). Therefore, Petitioner's request is proper.

1  Accordingly, Petitioner's motion for leave to amend the petition to name James A. Yates as
2  Respondent in this matter is GRANTED.  The Clerk of Court is DIRECTED to change the name of
3  Respondent to James A. Yates.

5  IT IS SO ORDERED.

6  **Dated:**   **January 28, 2008**                        /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE